UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J & J Computing, Inc. d/b/a Fireworks Extravaganza,
                                 Plaintiff,

                **JUDGMENT**

          v.

                7:21-CV-700 (CS)

Brian Hollenback,
                                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED** that after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, and the jury having returned a verdict in favor of Plaintiff as to Plaintiff's defamation claim with an award of $2,500 in compensatory damages and $5,000 in punitive damages, and a verdict in favor of Plaintiff as to Defendant's counterclaims for breach of contract and violation of New York Labor Law § 190, and a verdict in favor of Defendant on Plaintiff's claim for misappropriation of trade secrets, judgment is entered in favor of Plaintiff on the defamation claim in the amount of $7,500; the remaining claims and counterclaims are dismissed; and the case is closed.

DATED: White Plains, New York
             October 11, 2022

                                                                      RUBY J. KRAJICK
                                                                         Clerk of Court

**So Ordered:**

                                                          BY:

_____                                 _____
    U.S.D.J.                                                                Deputy Clerk